ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
California Bar No. 149883
Assistant United States Attorney
Chief, Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6166
    Facsimile: (213) 894-7177
    E-mail: Steven.Welk@usdoj.gov

Attorneys for Plaintiff
United States of America

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) NO. CV 12-6703 CAS (SHx) |
|---|---|
| Plaintiff, | ) [PROPOSED] |
| v. | ) **CONSENT JUDGMENT OF FORFEITURE** |
| $12,186.00 IN U.S. CURRENCY, | ) |
| Defendant. | ) |
| ALEXANDER ZEILENGA, | ) |
| Claimant. | ) |

    Plaintiff United States of America ("the government") and claimant Alexander Zeilenga ("Claimant") (collectively, the "parties") have reached an agreement that disposes of this case in its entirety. The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

This action was commenced on August 3, 2012 against the defendant $12,186.00 in U.S. Currency.  Notice was given and published in accordance with law.  Claimant filed a verified statement identifying right or interest on September 17, 2012, and an answer on October 1, 2012.  No other statements of interest or answers have been filed, and the time for filing statements and answers has expired.  Plaintiff and Claimant have reached an agreement that is dispositive of the action, and have requested that the Court enter this Consent Judgment of Forfeiture.  The Court, having been duly advised of and having considered the matter, and based upon the mutual consent of the parties hereto,

**HEREBY ORDERS, ADJUDGES AND DECREES THAT:**

1.   This Court has jurisdiction over the parties and the subject matter of this action.

2.   Notice of this action has been given in accordance with law.  All potential claimants to the defendant currency other than Claimant Alexander Zeilenga are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3.   The United States of America shall have judgment as to the entirety of the defendant currency and all interest earned thereon, and no other person or entity shall have any right, title or interest therein.  The United States Marshals Service is ordered to dispose of said assets in accordance with law.

4.   The forfeiture of the defendant currency does not constitute and shall not be construed as a payment of any taxes

(including income taxes), fines or other obligations which may be owed by Claimant, and this Consent Judgment of Forfeiture does not in any way affect any existing tax (including income tax), fine, liability or other debt owed by Claimant.

5. Claimant has released the United States of America, its agencies, agents, and officers, from any and all claims, actions or liabilities arising out of or related to this action or the seizure of the defendant currency, including, without limitation, any claim for attorneys' fees, costs or interest which may be asserted on behalf of Claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.

6. The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED: March 14, 2013

*/s/ Christina A. Snyder*
_____
THE HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

[**Signatures of Claimant and Counsel appear on following page.**]

By their signatures hereunder, Claimant and counsel for the parties affirm that this proposed consent is approved as to form and content, and request that it be entered.

DATED: March 13, 2013

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

_____/s/_____
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

Attorneys for Plaintiff
United States of America

DATED: February 11, 2013

_____/s/_____
ALEXANDER ZEILENGA
Claimant

DATED: February 16, 2013

LAW OFFICES OF PAUL L. GABBERT

_____/s/_____
PAUL L. GABBERT

Attorney for Claimant
Alexander Zeilenga

4